CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KUMAR AGNIHOTRI,

                        Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al*.,

                        Defendants.

Case No. 4:25-cv-08257 HSG

**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 19, 2025, the Court granted the parties' request to stay proceedings until May 14, 2026. Dkt. No. 14. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on January 14, 2026.  Following the interview, USCIS is working diligently to complete adjudication of Plaintiff's application

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 15, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

Stipulation
C 4:25-cv-08257 HSG                              1

administrative resolution.

Dated: May 14, 2026                    Respectfully submitted,[1]

                                       CRAIG H. MISSAKIAN
                                       United States Attorney


                                        /s/ Molly A. Friend
                                       MOLLY A. FRIEND
                                       Assistant United States Attorney
                                       Attorneys for Defendants


Dated: May 14, 2026                    /s/ Marc A. Karlin
                                       MARC A. KARLIN
                                       Karlin & Karlin, APLC
                                       Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 15, 2026.


Date:   5/15/2026

                                       HAYWOOD S. GILLIAM, JR.
                                       United States District Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 4:25-cv-08257 HSG                    2